UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) Magistrate Docket No. |
| | ) **08 MJ 1972** |
| Plaintiff, | ) |
| | ) |
| v. | ) COMPLAINT FOR VIOLATION OF: |
| | ) |
| **Juan Ruben PRIETO-Aparicio,** | ) Title 8, U.S.C., Section 1326 |
| | ) Deported Alien Found in the |
| | ) United States |
| Defendant | ) |
| | ) |

The undersigned complainant, being duly sworn, states:

On or about **June 26, 2008** within the Southern District of California, defendant, **Juan Ruben PRIETO-Aparicio,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 27th DAY OF JUNE, 2008

Louisa S. Porter
UNITED STATES MAGISTRATE JUDGE

**CONTINUATION OF COMPLAINT:**
**Juan Ruben PRIETO-Aparicio**

## PROBABLE CAUSE STATEMENT

On June 26, 2008, Border Patrol Agent A. Zamora was performing his assigned duties in the Imperial Beach area of operations. At approximately 1:00 AM, Agent Zamora was advised by a Remote Video Surveillance System (RVSS) operator via agency radio of three individuals jumping over the secondary border fence in the area known as "The Steel Yard." This area is approximately 50 yards north of the United States/Mexico International Boundary, and three miles east of the San Ysidro, California Port of Entry.

Agent Zamora responded to the area and after a brief search found three individuals. Agent Zamora approached the three individuals, including one later identified as the defendant, **Juan Ruben PRIETO-Aparicio**, and identified himself as a Border Patrol Agent and conducted an immigration inspection. All three admitted to being citizens and nationals of Mexico without any immigration documents that would allow them to enter or remain in the United States legally. All three individuals were placed under arrest and transported to the Imperial Beach Border Patrol Station for processing.

Routine record checks of the defendant, determined by a comparison of his criminal record and the defendant's current fingerprint card, revealed a criminal and immigration history. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **January 8, 2008** through **Nogales, Arizona.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was given his Miranda rights. He stated that he understood his rights and was willing to answer questions without the presence of his attorney. The defendant stated that he is a citizen and national of Mexico without proper immigration documentation to enter or remain in the United States legally. He said he was going to Sacramento, California.