AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN | DISTRICT OF | CALIFORNIA

UNITED STATES OF AMERICA
        Plaintiff,
   v.

JUAN PABLO PRIETO-APARICIO,
        Defendant.

**APPEARANCE**

Case Number: 08MJ1972

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

JUAN PABLO PRIETO-APARICIO

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 7/2/2008 | /s/ KRIS J. KRAUS |
| Date | Signature |
| | KRIS J. KRAUS / Federal Defenders of SD     233699 |
| | Print Name     Bar Number |
| | 225 Broadway, Suite 900 |
| | Address |
| | San Diego, CA  92101 |
| | City    State    Zip Code |
| | (619) 234-8467     (619) 687-2666 |
| | Phone Number     Fax Number |

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov

Dated: July 2, 2008                                            /s/ Kris J. Kraus
                                                               KRIS J. KRAUS
                                                               Federal Defenders of San Diego, Inc.
                                                               225 Broadway, Suite 900
                                                               San Diego, CA 92101-5030
                                                               (619) 234-8467  (tel)
                                                               (619) 687-2666  (fax)
                                                               e-mail: Kris_Kraus@fd.org